UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Brian Grant, et al. ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Case No. 4:14MC383 ERW |
| vs. ) | |
| ) | |
| Union Trustees of the Bricklayers Local 1 ) | |
| Pension Fund, et al. ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

## **ORDER**

The above styled and numbered case was filed on July 14, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned a Civil case number. Accordingly,

**IT IS HEREBY ORDERED** that the above case be opened as a Civil case, under cause number 4:14CV01395 ERW.

**IT IS FURTHER ORDERED** that cause number 4:14MC383 ERW be administratively closed.

Dated this 12th Day of August, 2014.     GREGORY J. LINHARES

                                    By: /s/ Katie Spurgeon, Deputy in Charge


**Please note the new case number: 4:14CV01395 ERW.**